IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-2417 |
| | § | |
| ELI LILLY, | § | |
|     Defendants. | § | |

## MEMORANDUM ON DISMISSAL

Plaintiff Felix Cowan's claims are garbled and illogical. Construed very liberally, Plaintiff raises the following claims and allegations.

In the Eli Lilly Zyprexa class-action litigation, the plaintiffs requested $197 billion plus attorneys fees. Plaintiff says the Defendants pled guilty [*sic*]. Jeff Rones, the Commissioner, acted egregiously, causing irreparable harm to life, limb and liberty. Dr. Jilani Masood hates the capacity to believe the truth. Dr. Samson Sheih hates crime and egregious, irreparable harm.

Plaintiff says he suffered illegal confinement. His treatment plans were faulty because he is allergic to Zyprexa. Plaintiff states he is an Amicus Curiae Commandant in the U.S. Marine Corp. He was a petty officer in current or prior service. He states he was also OSS and U.S. Special Agent on the Eli Lilly Attorney's payroll. He told Loretta Lynch that the Defendants libel all constituents who have been fully pardoned by Governor Richards, before G.W. Bush and Rick

Perry. In the $197 billion out-of-court settlement by Eli Lilly, the Defendants agreed that the MIAs and POWs should be given state hospital Injunctive relief.

The district court may dismiss an action *sua sponte* prior to service if it is frivolous or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B); 28 U.S.C. § 1915A. A claim is frivolous if it has no arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Plaintiff's delusional and nonsensical claims are frivolous and fail to state a claim upon which relief may be granted.

Accordingly, it is **ORDERED** that this complaint filed by Felix Lyle Cowan, is **DISMISSED** under 28 U.S.C. § 1915 (e)(2)(B) as frivolous and for failure to state a claim on which relief may be granted.

The Clerk will provide a copy to the TDCJ - Office of the General Counsel, Capitol Station, P.O. Box 13084, Austin, Texas, 78711, Fax: 512-936-2159; and to the Manager of the Three Strikes List for the Southern District of Texas.

SIGNED at Houston, Texas, on August __16__, 2017.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE